IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :
                                  :
         Plaintiff,       :
                                    :
   v.                   :    No. 06- 01 PO - MT
                                    :
DWIGHT CORNELL JOHNSON,    :
                                    :
         Defendant.     :

### MISDEMEANOR INFORMATION



The United States Attorney for the District of Delaware charges that:

### COUNT I

### Marine Corps Decorations

1.      The Silver Star medal is awarded by the President to persons serving with the Marine

Corps who are cited for gallantry in action against an enemy of the United States or opposing

foreign force.

2.      The Navy and Marine Corps Medal is awarded by the President to persons serving with

the Marine Corps whose actions are distinguished by heroism not involving actual conflict with

an enemy of the United States or opposing foreign force.

### Background

3.      From on or about April 20, 1972, to on or about June 4, 1976, DWIGHT CORNELL

JOHNSON, defendant herein, served in the active component of the United States Marine Corps.

4.      At the time of his release from active duty in 1976, JOHNSON had reached the rank of

Lance Corporal.

5.      While on active duty, JOHNSON received only one service medal, the National Defense

Service Medal.  JOHNSON received no decorations for bravery.

## Charging Paragraph

6.      In or around September, 2005, at the Naval and Marine Corps Reserve Center on

Kirkwood Highway, in New Castle County, in the State and District of Delaware, DWIGHT

CORNELL JOHNSON, defendant herein, did knowingly wear decorations and medals

authorized by Congress for the armed forces of the United States, and the ribbons of such

decorations and medals, and colorable imitations thereof, to wit, the Silver Star and the Navy and

Marine Corps Medal, without authorization under regulations made pursuant to law, in violation

of title 18, United States Code, section 704.

## COUNT II

7.      Paragraphs 1 through 5 are incorporated herein by reference.

8.      In or around September, 2005, at the Naval and Marine Corps Reserve Center on

Kirkwood Highway, in New Castle County, in the State and District of Delaware, DWIGHT

CORNELL JOHNSON, defendant herein, did knowingly and without authority wear the uniform

of the armed forces of the United States, and a distinctive part thereof, and anything similar to a

distinctive part thereof, to wit, the uniform and insignia of a Sergeant Major of the United States

Marine Corps, in violation of title 18, United States Code, section 702.

COLM F. CONNOLLY
United States Attorney

By: _Dough E. McL_____
Douglas E. McCann
Assistant United States Attorney

DATED:      July 25, 2006