UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A PETTY OFFENSE/MISDEMEANOR CASE |
| V. | |
| Dwight C. Johnson | CASE NUMBER: 06-PO-01 |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

__X__  I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

X _/s/ Dwight Johnson_____
                              Defendant

_____  The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                              Defendant

THIS SECTION FOR MISDEMEANOR CASES ONLY

_____  The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                              Defendant

Consent by the United States  _____
                                                            Signature

                              _____
                                                            Name and Title

_____     Approved By:_____
Defendant's Attorney (if any)                                                    U.S. Magistrate

                                   Date: _____