AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
DWIGHT CORNELL JOHNSON

Milford, DE 19963

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 06-01PO - MPT

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 8/17/06 at 1:00 pm |

To answer a(n)

☐ Indictment  x Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __704 & 706__

Brief description of offense:

WEARING A MEDAL WITHOUT AUTHORITY - ( COUNT I )
WEARING A UNIFORM WITHOUT AUTHORITY - ( COUNT II )

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 16  AM 9: 33

By: /s/ N. Duncan; Deputy Clerk.
Signature of Issuing Officer

August 7, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

| Check one box below to indicate appropriate method of service |
|---|

☒ Served personally upon the defendant at: _____

_____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

_____

☐ Returned unexecuted: _____

_____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   8-14-06              Dw Thas
           Date                  Name of United States Marshal

                                 BJFuby
                                 (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7004 1160 0006 7939 9057

Total Postage & Fees

Sent To: Dwight Cornell Johnson
Street, Apt. or PO Box
City, State: Milford, DE 19963

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dwight Cornell Johnson

   Milford, DE 19963

2. Article Number (Transfer from service label)
   7004 1160 0006 7939 9057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 8/8/06

D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Sum BF

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540