IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE # 06-01 PO (MPT) |
| DWIGHT CORNELL JOHNSON | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| Defendant. | ) |

NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **ARRAIGNMENT** before the Honorable Mary Pat Thynge, on **OCTOBER 26, 2006 AT 1:00 PM** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

                                              Peter T. Dalleo
                                              Clerk of the Court

                                              By: _Evette Watson_
                                                   Deputy Clerk

Date: 10/18/06

To: Dwight Cornell Johnson

cc: counsel