IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 06-01-PO-MPT |
| DWIGHT CORNELL JOHNSON, | : |
| Defendant. | : |

## MOTION TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Count II of the Misdemeanor Information in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: October 30, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on October 30 2006, I served the foregoing:

**MOTION TO DISMISS**

by CM/ECF on

        Eleni Kousoulis, Esquire
        First Federal Plaza
        704 King Street, Suite 110
        Wilmington, Delaware  19801

                        Douglas E. McCann