IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
Plaintiff, :
:
v. : No. 06-01-PO-MPT
:
DWIGHT CORNELL JOHNSON, :
:
Defendant. :

## MOTION TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Count II of the Misdemeanor Information in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: October 30, 2006

IT IS SO ORDERED this 31st day of October, 2006.

/s/ Mary Pat Thynge
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

FILED
OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on October 30 2006, I served the foregoing:

**MOTION TO DISMISS**

by CM/ECF on

    Eleni Kousoulis, Esquire
    First Federal Plaza
    704 King Street, Suite 110
    Wilmington, Delaware 19801

/s/ Douglas E. McCann
Douglas E. McCann

-2-